UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO PEREZ

                          Plaintiff,         20 cv 5636 (JGK)

                                              ORDER

    - against -

666 LLC, ET AL.

                          Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff's claims for intentional infliction of emotional distress and negligent infliction of emotional distress are withdrawn without prejudice to renewal if warranted at a later stage in the proceedings. The time for the defendant to answer the complaint, minus the withdrawn claims, is **November 6, 2020**. Compliance with the discovery protocols is required by **December 22, 2020**. The parties should submit a Rule 26(f) report by **January 8, 2021**. In the Rule 26(f) report, the parties should notify the Court if referral to the Mediation Panel would be useful.

SO ORDERED.

Dated:    New York, New York
           October 19, 2020

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/20