UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO PEREZ,

     Plaintiff,

- against -

666 LLC, ET AL.,

     Defendants.

20-cv-5636 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties should submit their proposed settlement and explanation of fairness together with any requested attorney's fees and support for such an award by May 28, 2021.

SO ORDERED.

Dated: New York, New York
    May 3, 2021

              /s/ John G. Koeltl
              John G. Koeltl
            United States District Judge