# KAUFMAN DOLOWICH VOLUCK
### ATTORNEYS AT LAW

Matthew Cohen, Esq.
Email: mcohen@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-21

May 28, 2021

**VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/28/21

Re:   *Antonio Perez v. 666 LLC, Genesis Realty Group LLC, Jac Zadrima, William Fernandez, and Wilfredo Cuascut*
      **Case No. 20-cv-05636 (JGK)**

Dear Judge Koeltl:

We represent the Defendants in the above-referenced action.

We write, jointly with Plaintiff's counsel, to respectfully request an extension of the deadline to file the motion for approval of the settlement from May 28, 2021 until June 11, 2021. While the parties have made significant progress on the settlement paperwork, this extension is respectfully requested to provide time for the parties to complete and finalize the settlement paperwork. This is the first request for an extension of this deadline.

Thank you for your consideration of the foregoing.

Respectfully yours,
Kaufman Dolowich & Voluck, LLP

By: _____
Matthew Cohen

cc:   All counsel of record via ECF

4840-1090-1960, v. 1