# KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

**Matthew Cohen, Esq.**
Tel: (516) 283-8756
Email: mcohen@kdvlaw.com

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

July 23, 2021

**VIA ECF**
Hon. John G. Koeltl
U.S. District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

*Application granted.*
*No further extensions.*
*So ordered.*
*7/26/21  John G. Koeltl
                    U.S.D.J.*

Re: *Antonio Perez v. 666 LLC, Genesis Realty Group LLC, Jac Zadrima,
William Fernandez, and Wilfredo Cuascut*
**Case No. 20-cv-05636 (JGK)**

Dear Judge Koeltl:

We represent the Defendants in the above-referenced action.

We write, jointly with Plaintiff's counsel, to respectfully request a short one (1) week extension of the deadline to file the motion for approval of the settlement from July 23, 2021 until July 30, 2021. The parties have made substantial progress on the settlement paperwork since the last request and expect that the parties will have an agreement on all terms of the Settlement and Release Agreement within the next week. As such, this extension is respectfully requested to provide time for the parties to finalize and sign the settlement paperwork. This is the fourth request for an extension of this deadline.

Thank you for your consideration of the foregoing.

Respectfully yours,
Kaufman Dolowich & Voluck, LLP

By: _____
Matthew Cohen

cc: All counsel of record via ECF

4825-0083-0190, v. 1

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021**

New York | New Jersey | Pennsylvania | Florida | Illinois | California