UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO PEREZ,

                    Plaintiff,

          - against -

666 LLC, ET AL.,

                    Defendants.

---

20-cv-5636 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court by August
11, 2021, with a lodestar calculation for the attorney's fees
contemplated in the proposed settlement of the FLSA/NYLL claims
in this case, including the hours, rates, and a brief bio of the
counsel who worked on the case.

    SO ORDERED.

Dated:    New York, New York
          August 4, 2021

                                        John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/04/2021

1