UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO PEREZ,                                    20-cv-5636 (JGK)

                Plaintiff,              ORDER

  - against -

666 LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court finds that the proposed settlement, including the provision for attorney's fees and costs, is fair, reasonable, and adequate. The parties should submit a fully executed Stipulation of Dismissal for the Court's signature.

SO ORDERED.

Dated:    New York, New York
          August 13, 2021

                                              John G. Koeltl
                                        United States District Judge