UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTONIO PEREZ,                                              Case No.: 20-cv-05636 (JGK)(GWG)

                          Plaintiff,

                                                            **STIPULATION OF DISMISSAL**

                   -against-

666 LLC, GENESIS REALTY GROUP LLC, JAC
ZADRIMA, WILLIAM FERNANDEZ and
WILFREDO CUASCUT,

                          Defendants.
-------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above

captioned action through their undersigned counsel that, whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed, and no person not a party has an

interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein

be dismissed with prejudice, with each party to bear their own fees and costs.

   Plaintiff is precluded from bringing any further claims against the Defendants under the Fair

Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages,

including minimum wages and overtime pay for the period set forth in Plaintiff's Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: _Sept. 3_____, 2021

THE KAPLAN LAW OFFICE
*Attorneys for Plaintiff*

By: _____
    Charles Caranicas, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(347) 432-1463
caranicas@lawkaplan.com

Dated: _September 2_, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
    Matthew Cohen, Esq.
    Solomon Abramov, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
mcohen@kdvlaw.com
sabramov@kdvlaw.com

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.